UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62476-CIV-SINGHAL

SAMUEL KATZ,

    Plaintiff,

v.

AMERICAN ADVISORS GROUP, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Dismissal (DE [29]). The Court having reviewed the notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE as to Plaintiff Samuel Katz and WITHOUT PREJUDICE as to any other member of the putative class**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of June 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF